USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **11-12-13**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

GARY MILLER,

                Plaintiff,

    - against -

G-UNIT RECORDS, INC. d/b/a THISIS50.COM,

                Defendant.

--------------------------------------------------------------------x

13-CV-6075 (PAC)
+Order

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

WHEREAS, defendant G-UNIT RECORDS, INC. affirmatively represents that it has no ownership or management responsibilities with respect to the thisis50.com website; and

WHEREAS, defendant G-UNIT RECORDS, INC. affirmatively represents that the owner and operator of the thisis50.com website is Tomorrow, Today Entertainment, Inc. ("TTE"); and

WHEREAS, defendant G-UNIT RECORDS, INC. affirmatively represents that it and TTE are both wholly owned by Curtis J. Jackson, III; and

WHEREAS, plaintiff GARY MILLER represents that the intended party defendant for the above referenced action is the owner and operator of thisis50.com; and

WHEREAS, plaintiff GARY MILLER is substantially relying on the material representations of G-UNIT RECORDS, INC. made herein as an inducement for MILLER to enter into this Stipulation; and

WHEREAS, plaintiff GARY MILLER has filed an Amended Complaint against defendant TTE; and

WHEREAS, counsel for G-UNIT RECORDS, INC., Garvey Schubert Barer, will represent TTE in this action and waive service of the Summons and Amended Complaint, which shall be effective as of the date of the filing of the Amended Complaint, by subsequently filing a completed form "AO 399" Waiver of the Service of the Summons; and

WHEREAS, all parties entering into this Stipulation represent that they have the authority to do so; and

IT IS HEREBY STIPULATED AND AGREED that Plaintiff GARY MILLER, by and though his undersigned counsel, hereby voluntarily dismisses all claims for the above referenced action as against G-UNIT RECORDS, INC., without costs or attorneys' fees for either of the aforementioned parties. *For the avoidance of doubt, this Stipulation does not affect Plaintiff's claims against the remaining defendants, and any additional defendants to be added to the action subsequent to this Stipulation.*

This Stipulation may be executed in counterparts, and a copy of a signature shall be deemed as an original.

2

Respectfully submitted,

GARY MILLER

Edward C. Greenberg, LLC
By: Edward C. Greenberg, Esq.
By: Tamara L. Lannin, Esq.
570 Lexington Avenue, 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Counsel for Plaintiff Gary Miller*

G-UNIT RECORDS, INC.

R. Bruce
Beckner
Digitally signed by R. Bruce
Beckner
DN: cn=R. Bruce Beckner, o, ou
email=bbeckner@gsblaw.com
c=US
Date: 2013.11.07 14:05:48 -05'00'

Garvey Schubert Barer
By: R. Bruce Beckner, Esq.
1000 Potomac Street NW
Washington DC  20007
Ph: (202) 965-7880
Fax: (202) 965-1729
*Counsel for G-Unit Records, Inc.*

*GARVEY SCHUBERT BARER (with respect to
the waiver of service of the Complaint)*

R. Bruce
Beckner
Digitally signed by R. Bruce Beckner
DN: cn=R. Bruce Beckner, o, ou
email=bbeckner@gsblaw.com, c=US
Date: 2013.11.07 14:06:32 -05'00'

Garvey Schubert Barer
By: R. Bruce Beckner, Esq.
1000 Potomac Street NW
Washington DC  20007
Ph: (202) 965-7880
Fax: (202) 965-1729
*Counsel for G-Unit Records, Inc. and
Tomorrow, Today Entertainment, Inc.*

Dated: November 7, 2013

SO ORDERED:  11 - 12 -13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

3